I. B. MILLER, INC., Respondent, v. ALRUD REALTY CORPORATION and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

I. & M. HOLDING CORPORATION, Respondent, v. ABRAHAM DORB and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.